Eric A. Hanscom, State Bar No. 183359
THE LAW OFFICES OF ERIC HANSCOM
7395 Portage Way
Carlsbad, CA 92011
TEL: (760) 804-1712
FAX: (760) 494-3014
EMAIL: info@erichanscom.com

FILED
08 MAY 30 PM 1:13
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

ROBERT K. VICINO, an individual; and FRACTIONAL VILLAS, INC., a California Corporation,

    Plaintiffs,

v.

JOSH ALLEN, an Individual; and DOES 1 - 25,

    Defendants

Case Number: '08 CV 0967 W AJB
Dept.:
Judge:

COMPLAINT FOR MONETARY DAMAGES AND INJUNCTIVE RELIEF FOR:
1. INFRINGEMENT OF UNITED STATES COPYRIGHT REGISTRATION NO. TX-6-613-055
2. FEDERAL UNFAIR COMPETITION VIOLATIONS
3. CALIFORNIA STATE UNFAIR COMPETITION VIOLATIONS

DEMAND FOR TRIAL BY JURY

Plaintiffs ROBERT K. VICINO and FRACTIONAL VILLAS, INC. (collectively "Plaintiffs") allege as follows:

**PARTIES**

1.     Plaintiff ROBERT K. VICINO ("Vicino") is, and at all relevant times was, an individual residing in Del Mar, CA.

2.     Plaintiff FRACTIONAL VILLAS, INC. ("FVI") is, and at all relevant times was, a corporation organized and existing under the law of California and has its principal place of business in Del Mar, California.

3.     On information and belief, Defendant JOSH ALLEN ("Allen") is a resident of Lubbock, Texas. Upon information and belief, Plaintiffs allege Allen is doing business in several districts throughout California including, but not limited to, the Southern District of California.

4.     Plaintiffs are informed and believe and thereon allege that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship, and/or employment. Plaintiffs are informed and believe and thereon allege that at all relevant times each of the Defendants actively participated in or subsequently ratified or adopted, or both, each and all of the acts or conduct alleged, with full knowledge of all the facts and circumstances including, but not limited to, full knowledge of each and all of the violations of Plaintiffs' rights and the damages to Plaintiffs caused thereby.

## JURISDICTION

5.     This action arises under the copyright laws of the United States, 17 U.S.C. §§ 101 et seq., and this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338.

6.     Personal jurisdiction over Allen ("Defendants") is based on the Defendants' transaction of business in this Jurisdiction as recited herein and the Defendants causing tortious injury in this jurisdiction as recited herein. Upon information and belief, Plaintiffs allege that Defendants are conducting commercial activities in numerous districts throughout the United States including, but not limited to, the Southern District of California. Upon information and belief, personal jurisdiction in this District is proper because the Defendants, willfully and without consent or permission of the copyright owner, disseminated over the Internet copyrighted works owned and/or controlled by Plaintiffs.

7.     On information and belief, Defendants knew the Plaintiffs' principal place of business is in the Southern District of California. On information and belief, Defendants' illegal

dissemination of Plaintiffs' copyrighted work occurred in every jurisdiction in the United States, including this one.

## VENUE

8.  Venue is proper in this court under 28 U.S.C. §§ 1391(b), 1391(c), and 1400(a) as Defendants have purposefully directed activities at this forum, including willfully infringing Plaintiff's copyright with knowledge that Plaintiff's principal place of business is in the forum. Moreover, defendants market, advertise, and sell fractional ownership of properties to consumers and businesses in the Southern District of California.

## ALLEGATIONS IN SUPPORT OF ALL CLAIMS

9.  Vicino is the author of Copyright Registration No. TX-6-613-055, entitled "Fractional Villas.com website (www.fractionalvillas.com)" ("the Copyright") (See Exhibit "A."). FVI is the Copyright Claimant. The Copyright was filed October 11, 2007, and the registration became effective the same date. The Copyright pertains to a web site offering fractional ownership in luxury properties. Both the web site content and source code are contained in the Copyright.

10. The works protected by Copyright Registration No. TX-6-613-055 are works of authorship fixed in a tangible medium of expression that contain a substantial amount of material created by the skill, labor, and judgment of Vicino that was first published on October 5, 2007.

11. The works protected by Copyright Registration NO. TX-6-613-055 are derivative works of prior versions. The prior versions were first published at least by March 27, 2005.

12. Plaintiffs Vicino and FVI have complied in all respects with the Copyright Laws of the United States and received from the Register of Copyrights the certificate of registration for Copyright No. TX-6-613-055.

13. The Copyright is licensed solely and exclusively by Vicino to FVI, which markets, advertises, and sells fractional ownership in luxury properties through

www.fractionalvillas.com. FVI sublicenses and/or authorizes the use of certain content protected by the Copyright to other individuals and/or organizations by separate agreement.

14. On information and belief, Defendants have claimed authorship of the copyrighted work on http://www.luxfractionalhomes.com. Plaintiffs are informed and believe and thereon allege that Defendants represent to the public the web site http://www.luxfractionalhomes.com is comprised of unique material copyrighted by Defendants when, in fact, Defendants have reproduced the work protected by the Copyright and incorporated that work, or significant portions thereof, into Defendants' internet site and/or internet sites under Defendants' dominion and control when such work is in fact copyrighted by Plaintiffs and which has been existing on Plaintiffs' web site since March 2005

15. Defendants have infringed Plaintiff's' copyright registration of United States Copyright No. TX-6-613-055 by reproducing the work protected by the Copyright and incorporating that work, or significant portions thereof, into Defendants' internet site and/or Internet sites under Defendants' dominion and control.

16. Defendants do not have permission or license from Plaintiffs to use any portion of the Copyright protected by United States Copyright Registration No. TX-6-613-055.

17. Defendants have derived and are deriving economic benefit from the infringement of United States Copyright Registration No. TX-6-613-055, and Plaintiffs have been damaged and continue to be damaged by Defendants' infringement. Defendants' infringement of the Copyright has diverted potential customers away from FVI's Internet site. Defendants posted the copyrighted work on the web site http://www.luxfractionalhomes.com to earn income from the sale of fractional ownership in luxury properties.

18. Defendants' infringement is exacerbated by the fact that the infringing web site was indexed by major search engines Google and Yahoo, and broadcast worldwide in response to key word searches, and thus comes into direct competition with Vicino's original work for visitors and buyers. FVI's business and reputation were irreparably harmed by the confusion caused by the dual publication of the infringed material through web search engine results from Google, Yahoo, et al.

19. In or about March 2005, Plaintiffs first published the material that would become the basis for the Copyright. Between August 2005 and October 2007, Vicino modified the site content, however the vast majority of the Copyright has been on the site, with a © on each site page, since August 2005. As set forth above, Vicino applied for and received the Copyright in October 2007.

20. Defendants are Plaintiffs' competitors. Both Plaintiffs and Defendants compete for business in the fledgling marketing of fractional ownership in luxury properties. Plaintiffs contend the unauthorized reproduction of Plaintiff's copyrighted material initially occurred on or before April 2008, and continued until at least May of 2008.

21. Defendants have infringed Plaintiffs' copyright registration of United States Copyright Registration No. TX-6-613-055 by reproducing the work protected by the Copyright and incorporating that work, or portions thereof, into Defendants' web sites.

22. Defendants do not have permission or license from any or all of Plaintiffs to use any portion of the Copyright protected by United States Copyright Registration No. TX-6-613-055.

23. Defendants have derived and are deriving economic benefit from the infringement of United States Copyright Registration No. TX-6-613-055, and each Plaintiff has been damaged and continues to be damaged by Defendants' Infringement.

24. Plaintiffs allege that Defendants are aware their web site infringes United States Copyright Registration No. TX-6-613-055. Nevertheless, Defendants have blatantly usurped not only Plaintiffs' concept, but have also chosen to simply take the content off of FVI's web site and to claim it as their own.

## FIRST CAUSE OF ACTION:
## INFRINGEMENT OF U.S. COPYRIGHT TX-6-613-055
## AS AGAINST ALL DEFENDANTS

25. Plaintiffs incorporate by reference the paragraphs as set forth above.

26. Effective October 11, 2007, U.S. Copyright No. TX-6-613-055 ("the Copyright"), entitled "FractionalVillas.com website (www.fractionalvillas.com)," was duly and

1 legally issued to Plaintiffs ROBERT K. VICINO and FRACTIONAL VILLAS, INC. FVI is the
2 sole and exclusive licensee of the Copyright from Vicino. FVI is in the business of marketing,
3 advertising, and selling fractional ownership in luxury properties, primarily through the
4 aforementioned web site.

5     27.    Plaintiffs are the owners in fact of all rights to license the Copyright.

6     28.    Defendants are engaged in the business of marketing, advertising, and
7 selling fractional ownership in luxury properties by way of
8 http://www.luxfractionalhomes.com, a website that was built, designed, and constructed
9 using material and content that is the subject of the Copyright, and without the
10 authorization of Plaintiffs. Defendants have reproduced the work protected by the
11 Copyright and incorporated that work, or significant portions therefore, into
12 Defendants' internet site and/or internet sites under Defendants dominion and control.

13     29.    By committing the acts alleged herein, including but not limited to reproducing
14 the work protected by the Copyright and incorporating that work, or significant portions
15 thereof, into Defendants' internet site and/or internet sites under Defendants' dominion and
16 control, Defendants have infringed, induced, and/or contributed to the infringement of the
17 Copyright.

18     30.    Upon information and belief, Plaintiffs allege that Defendants' infringement,
19 inducement of infringement, and/or contributory infringement of the Copyright has been
20 willful, deliberate, knowing, and with wanton disregard of Plaintiffs' ownership of the
21 Copyright.

22     31.    Upon information and belief, Plaintiffs allege that Defendants will continue to
23 infringe, continue to induce others to infringe, and/or continue to contributorily infringe the
24 Copyright to Plaintiffs' irreparable damage unless enjoined by this court.

25     32.    Plaintiffs have been damaged by the foregoing infringing acts of Defendants.
26 The exact amount of such damages can be determined upon an accounting.
27 ///
28 ///

## SECOND CAUSE OF ACTION:

## UNFAIR COMPETITION VIOLATIONS

## AS AGAINST ALL DEFENDANTS

33. Plaintiffs incorporate by reference the paragraphs as set forth above.

34. This court has jurisdiction of this action under its supplemental jurisdiction authority pursuant to 28 U.S.C. § 1338(b) to hear Plaintiffs' related federal claim of unfair competition that arises out of the same operative facts as the federal copyright infringement claim set forth above.

35. Plaintiffs are informed and believe and on that basis allege that Defendants intentional infringement of the Copyright constitutes unfair competition under federal law.

36. By reason of the conduct alleged herein, Defendants are guilty of malice, oppression, and willful disregard of the rights of Plaintiffs.

37. Defendants' unlawful, unfair, deceptive and fraudulent business practice constitutes despicable, outrageous, oppressive, and malicious conduct under California Civil Code § 3294, and thereby justifies an award of exemplary and punitive damages against Defendants as federal law allows for the importation of state punitive damages statutes where the federal claim is tortious in nature.

38. As a direct and proximate cause of Defendants' wrongful conduct, Plaintiffs have sustained and will sustain injury to their business and property in an amount not yet precisely ascertainable but including the loss of sales of their products and loss of reputation and goodwill.

## THIRD CAUSE OF ACTION:

## CALIFORNIA UNFAIR COMPETITION VIOLATIONS

## AS AGAINST ALL DEFENDANTS

39. Plaintiffs incorporate by reference the paragraphs as set forth above.

40. This court has jurisdiction of this action under its supplemental jurisdiction to hear Plaintiffs' related claim of unfair competition that arises out of the same operative facts as the federal claims set forth above.

COMPLAINT FOR MONETARY DAMAGES AND INJUNCTIVE RELIEF

41. Plaintiffs' state claim is based upon Cal. Business & Professions Code §§ 17200 et seq.

42. Plaintiffs are informed and believe and thereon allege that Defendants' intentional infringement of the Copyright, is an unlawful, unfair, and/or fraudulent business act or practice and constitutes unfair competition under California state law. Defendants have started a business to directly compete with Plaintiffs' business by creating a web site to market and advertise Defendants' business, and ultimately to drive Defendants' sales, taking from Plaintiffs not only the concept of fractional ownership of luxury properties, but also directly stealing and copying copyrighted material from Plaintiffs' web site. Moreover, Defendants have reproduced the work protected by the Copyright and incorporated that work, or significant portions thereof, into Defendants' internet site and/or internet sites under Defendants' dominion and control.

43. Plaintiffs are informed and believe and thereon allege that Defendants acts as alleged herein constitute unfair, deceptive, untrue, and misleading advertising in that Defendants represent to the public the web site http://www.luxfractionalhomes.com is comprised of unique material copyrighted by Defendants when, in fact, Defendants have reproduced the work protected by the Copyright and incorporated that work, or significant portions thereof, into Defendants' internet site and/or internet sites under Defendants' dominion and control when such work is in fact copyrighted by Plaintiffs and which has been existing on Plaintiffs' web site since March 2005.

44. Defendants' unlawful, unfair, deceptive, and fraudulent business practice and unfair, deceptive, untrue, and misleading advertising constitutes despicable, outrageous, oppressive, and malicious conduct under California Civil Code § 3294 and justifies an award of exemplary and punitive damages against Defendants.

45. As a direct and proximate cause of Defendants' wrongful conduct, Plaintiffs have sustained and will sustain injury to their business and property in an amount not yet precisely ascertainable but including the loss of sales of luxury properties and loss of reputation and goodwill.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray this court enter judgment against Defendants as follows:

1. That a temporary restraining order and, subsequently, that a preliminary injunction be granted enjoining Defendants and all those in privity with Defendants during the pendency of this action from further infringement of U.S. Copyright Registration No. TX-6-613-055 ;

2. That a permanent injunction be granted perpetually enjoining Defendants from further infringement of U.S. Copyright Registration No. TX-6-613-055 ;

3. That a temporary restraining order and, subsequently, that a preliminary injunction be granted enjoining Defendants and all those in privity with Defendants during the pendency of this action from advertising, displaying, or broadcasting over the internet a web site which reproduces the Copyright or any derivation thereof, or which by imitation or other similarity to those of the Copyright are likely to cause confusion, mistake, dilution, or persons to be deceived into the belief that Defendants' services are Plaintiffs' services or that Defendants and their services are authorized, endorsed, or sponsored by Plaintiffs;

4. That a permanent injunction be granted perpetually enjoining Defendants and all those in privity with Defendants from advertising, displaying, or broadcasting over the internet a web site which infringes on the Copyright, or any derivation thereof, or which by imitation or other similarity to that of Plaintiffs is likely to cause confusion, mistake, dilution, or persons to be deceived into the belief that Defendants' services are Plaintiffs' services or that Defendants and their services are authorized, endorsed, or sponsored by Plaintiffs.

5. That a judgment be entered that Defendants have infringed, actively induced others to infringe, and/or contributorily infringed U.S. Copyright Registration No. TX-6-613-055;

6. That a judgment be entered that Defendants be required to pay over to Plaintiffs all damages sustained by Plaintiffs due to Defendants intentional, willful, and malicious infringement of U.S. Copyright Registration No. TX-6-613-055, such damages as this court

1 | shall deem just and proper under the Copyright Act, 17 U.S.C. §504, but not less than $150,000
2 | for each separate infringement of Plaintiffs' copyright;

3 |     7.    That all gains, profits, and advantages derived by Defendants from their acts of
4 | infringement and other violations of law be deemed held in constructive trust for the benefits of
5 | Plaintiffs;

6 |     8.    That Defendants, and each of them, account to Plaintiffs for their profits and any
7 | damages sustained by Plaintiffs arising from the foregoing acts of infringement;

8 |     9.    That punitive damages be awarded;

9 |     10.    That costs and prejudgment interest be awarded on all damages;

10 |     11.    That Plaintiffs be awarded their attorneys' fees as available under the Copyright
11 | Act, 17 U.S.C. §§ 505 et seq. and California Business & Professions Code §§ 17200 et seq.

12 |     12.    That an order be entered requiring Defendants to deliver up to be impounded
13 | during the pendency of this action all copies of copyrighted material in Defendants' possession
14 | and infringing U.S. Copyright Registration No. TX-6-613-055;

15 |     13.    That Defendants be required to file with the court within 30 days after entry of
16 | final judgment of this cause a written statement under oath setting forth the manner in which
17 | Defendants have complied with final judgment;

18 |     14.    That Plaintiffs be awarded such other and further relief as the court deems
19 | appropriate.
20 | ///

21 |
22 | Dated: May 30, 2008

The Law Offices of Eric Hanscom

_____
Eric A. Hanscom
Attorney for Plaintiffs ROBERT K. VICINO and
FRACTIONAL VILLAS, INC.

25 | ///
26 | ///
27 | ///
28 | ///

**DEMAND FOR JURY TRIAL**

Plaintiffs hereby demand a trial by jury of all issues so triable.

/ / /

Dated: May 30, 2008

The Law Offices of Eric Hanscom

*/s/ Eric Hanscom*

Eric A. Hanscom
Attorney for Plaintiffs ROBERT K. VICINO and
FRACTIONAL VILLAS, INC.

---

11

COMPLAINT FOR MONETARY DAMAGES AND INJUNCTIVE RELIEF

# EXHIBIT "A"

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*
Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGIST: **TX 6-613-055**

EFFECTIVE DATE OF REGISTRATION
Month **Oct** Day **11** Year **2007**

---

**1** TITLE OF THIS WORK ▼
FractionalVillas.com website (http://www.fractionalvillas.com)

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2 a** NAME OF AUTHOR ▼ Robert K. Vicino
DATES OF BIRTH AND DEATH
Year Born ▼ 1953   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶ USA
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Internet website including all associated pages, text, photographs, design, code, and graphics.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   2007 ◀ Year
**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month ▶ October   Day ▶ 5   Year ▶ 2007
USA ◀ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
**Fractional Villas, Inc.**
985 Jeffrey Road
Del Mar, CA 92014

APPLICATION RECEIVED
OCT 11 2007
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED
OCT 11 2007

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Transfer of all rights of copyright to Fractional Villas, Inc. by Robert K. Vicino. The company is majority owned by Robert K. Vicino.

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

```
*Amended by CO Authority Telephone Call
 on 10/25/07 with Robert K. Vicino.

**Amended by CO per email received on
  10/25/07 from Robert K. Vicino.
```

EXAMINED BY _Kmt_

CHECKED BY

☒ CORRESPONDENCE
   Yes

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶              Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Prior versions of the http://www.fractionalvillas.com website, which was first published on March 27, 2005

**6 a**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Numerous html code, text, ~~design~~, graphic, photographic and ~~layout~~ modifications have been made and updated since the original publication, on an ongoing and continuous basis.

**6 b**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼

**7 a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
Fractional Villas, Inc., Attn: Robert K. Vicino
985 Jeffrey Road
Del Mar, CA 92014

**7 b**

Area code and daytime telephone number ▶ 619-252-8311     Fax number ▶ 858-228-1772
Email ▶ rvicino@fractionalvillas.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶ ☒ author
                 ☐ other copyright claimant
                 ☐ owner of exclusive right(s)
                 ☐ authorized agent of _____
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert K. Vicino                                            Date ▶ 10/05/2007

Handwritten signature ▼
_[signature]_

Certificate will be mailed in window envelope to this address:
Name ▼
Robert K. Vicino
Number/Street/Apt ▼
985 Jeffrey Road
City/State/Zip ▼
Del Mar, CA 92014

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

```
        UNITED STATES
        DISTRICT COURT
    SOUTHERN DISTRICT OF CALIFORNIA
          SAN DIEGO DIVISION

     #  151394      -  TC
     *  * C O P Y * *
         May 30, 2008
           13:23:13


       Civ Fil Non-Pris
USAO #.: 08CV0967
Judge..: THOMAS J WHELAN
Amount.:              $350.00 CC



   Total-> $350.00



FROM: VICINO, ROBERT AND FRACTIONAL
      VILLAS VS.
      ALLEN, JOSH AND DOES 1-25
```

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Vicino, Robert K. and Fractional Villas, Inc.

**(b)** County of Residence of First Listed Plaintiff: **San Diego County**
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
The Law Offices of Eric Hanscom
7395 Portage Way Carlsbad, CA 92011 (760)804-1712

## DEFENDANTS
Allen, Josh and Does 1-25

County of Residence of First Listed Defendant: **Lubbock County**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

FILED 08 MAY 30 PM 1:13

'08 CV 0967 W AJB

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
17 U.S.C., section 101 et seq.
Brief description of cause:
Copyright infringement.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 150,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 5/30/08
SIGNATURE OF ATTORNEY OF RECORD: /s/ Eric Hanscom

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

AO 121 (6/90)

| TO: | REPORT ON THE |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION | ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>08cv967 | DATE FILED<br>5/30/2008 | United States District Court, Southern District of California<br>880 Front Street, Room 4290<br>San Diego, CA  92101-8900 |
| PLAINTIFF<br>Robert K. Vicino & Fraction Villas, Inc. | | DEFENDANT<br>Josh Allen et al |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 TX-6-613-055 | Fractional Villas.com website (www.fractionalvillas.com) | Robert K. Vicino |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order   ☐ Judgment | ☐ Yes   ☐ No | |
| CLERK | (BY) DEPUTY CLERK | DATE |

Copy 1 - Upon initiation of action, mail this copy to Register of Copyrights   Copy 2 - Upon filing of document adding copyrights, mail this copy to Registrer of Copyrights

Copy 3 - Upon termination of action, mail this copy to Registrer of Copyrights Copy 4 - In the event of appeal, forward this copy to the Appellate Court so they can prepare a new AO 279 for the appeal

Copy 5 - Case file copy