Summons in a Civil Action (Rev 11/97)

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

ROBERT K. VICINO, an Individual;
and FRACTIONAL VILLAS, INC., a
California Corporation
vs

JOSH ALLEN, an Individual; and
DOES 1 - 25.

**SUMMONS IN A CIVIL ACTION**
Case No.

'08 CV 0967 W AJB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

The Law Offices of Eric Hanscom
7395 Portage Way
Carlsbad, CA 92011

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 5/30/08 |
|---|---|
| CLERK | DATE |

By  B. _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)