```
1  Gary Sirota (State Bar No. 136606)
   Robert Berkowitz (State Bar No. 227888)
2  COAST LAW GROUP, LLP
   169 Saxony Road, Suite 204
3  Encinitas, California 92024
   Tel: (760) 942-8505
4  Fax: (760) 942-8515

5
   Attorneys for Plaintiffs,
6  Robert K. Vicino and Fractional Villas, Inc.
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT K. VICINO, an individual, and FRACTIONAL VILLAS, INC., a California corporation<br><br>Plaintiffs,<br><br>vs.<br><br>JOSH ALLEN, an individual; and DOES 1 - 25,<br><br>Defendants. | Case No. 08 CV 0967 W AJB<br><br>**MOTION TO SUBSTITUTE ATTORNEY**<br><br>Judge: Hon. Thomas J. Whelan<br><br>Magistrate Judge: Hon. Anthony J. Battaglia<br><br>Demand for Jury Trial |

PLEASE TAKE NOTICE THAT

Plaintiffs Robert K. Vicino and Fractional Villas, Inc. hereby substitute Gary Sirota and Robert Berkowitz of Coast Law Group, LLP, located at 169 Saxony Road, Suite 204, Encinitas,

---

PAGE 1 OF 2
MOTION TO SUBSTITUTE ATTORNEY

CASE NO. . 08 CV 0967 W AJB

California 92024 as their attorney of record in the above-referenced action in place of Eric Hanscom of The Law Offices of Eric Hanscom, 7395 Portage Way, Carlsbad, CA 92011.

Dated: June 18, 2008          By: _____

Robert K. Vicino

Dated: June 18, 2008          By: _____

Robert K. Vicino, President
Fractional Villas, Inc.

I accept this substitution:

Dated: June 18, 2008          Coast Law Group, LLP

By: s/Robert Berkowitz
Robert Berkowitz
Attorneys for Plaintiffs
Email: RBerkowitz@CoastLawGroup.com

I consent to this substitution:

Dated: June 18, 2008          Law Offices of Eric Hanscom

By: _____
Eric Hanscom
Former Attorneys for Plaintiffs
Email: Eric@Hanscom.com