# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT K. VICINO, an individual, and FRACTIONAL VILLAS, INC., a California corporation<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>JOSH ALLEN, an individual; and DOES 1 - 25,<br><br>　　　　Defendants. | Case No. 08 CV 0967 W AJB<br><br>**ORDER GRANTING SUBSTITUTION OF COUNSEL (Doc. No. 3.)** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court having considered the motion of Plaintiff Robert K. Vicino and Plaintiff Fractional Villas, Inc. that Coast Law Group, LLP be substituted as attorneys of record, and on consideration thereof found that good cause exists to grant said motion,

IT IS ORDERED that Coast Law Group, LLP be and is hereby substituted as attorneys for Plaintiff Robert K. Vicino and Plaintiff Fractional Villas, Inc.

DATED: June 24, 2008

_____
Hon. Thomas J. Whelan
United States District Judge

-1-