Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FRACTIONAL VILLAS, INC. a
California corporation
PLAINTIFF

vs

JOSH ALLEN, an individual; and
DOES 1-25
DEFENDANTS

FILED
2008 JUL -2 PM 3:58
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ON FIRST AMENDED COMPLAINT

SUMMONS IN A CIVIL ACTION

Case No. 08 CV 0967 W AJB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Coast Law Group, LLP
Attn: Robert Berkowitz
169 Saxony Road, Suite 204
Encinitas, CA 92024

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
K. HAMMOND

JUL - 2 2008
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)