Robert W. Zickert, SBN: 106510
Law Office of Robert W. Zickert
444 West C Street, Suite 200
San Diego, CA 92101
Telephone: (619) 685-6888; Fax: (619)544-1961

**Attorneys for Defendant,
JOSH ALLEN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **Fractional Villas, Inc.,** a California corporation  *Plaintiff,* | § § § § | Case No. 08 CV 0967 W AJB   JUDGE: The Hon. Thomas J. Whelan |
| Vs.  **JOSH ALLEN, an Individual; and DOES 1-25,**  *Defendants.* | § § § § § § | STIPULATION TO EXTEND TIME FOR RESPONSE TO COMPLAINT: ORDER THEREON |

Plaintiff, **FRACTIONAL VILLAS, INC.,** and Defendant, **JOSH ALLEN,** hereby stipulate, as follows:

**WHEREAS,** Plaintiff filed its Complaint in this action on or about May 30, 2008, and then filed the First Amended Complaint with **FRACTIONAL VILLAS, INC.,** as Plaintiff, and **ALLEN, an Individual, and DOES 1-25,** as Defendants, on or about July 2, 2008, wherein they allege causes of action for copyright infringement and unfair competition under federal and state law stemming from Defendant's alleged use of Plaintiff's copyrighted material;

**WHEREAS,** Plaintiff contends it effectuated service of process of the First Amended Complaint on or about July 10, 2008;

**WHEREAS,** Defendant is investigating the nature and extent of the claims asserted for the purpose of assisting the parties in participation in settlement discussions so as to obviate the need to file a response to Plaintiff's First Amended Complaint; however, due to various

circumstances such an evaluation, and any discussions resulting therefrom, could not be completed by the date a response to the First Amended Complaint is allegedly due; and,

WHEREAS, Plaintiff and Defendant have agreed to extend the date by which Defendant has to respond to the First Amended Complaint, whether by Answer or otherwise, to September 2, 2008, so as to allow Defendant an opportunity to finish his evaluation and participate in any discussions that may result therefrom.

THEREFORE, it is hereby stipulated and agreed that the date by which Defendant has to respond to Plaintiffs First Amended Complaint shall be extended to September 2, 2008.

Dated: ___7/28/2008___, 2008            COAST LAW GROUP, LLP

By: _____
Gary L. Sirota
Robert Berkowitz
GSirota@CoastLawGroup.com
RBerkowitz@CoastLawGroup.com
*Attorneys for Plaintiff,*
***FRACTIONAL VILLAS, INC.***

Dated: ___July 28___, 2008            LAW OFFICE OF ROBERT W. ZICKERT

By: S/Robert W. Zickert
_____
Robert W. Zickert
SBN: 106510
rzickert@aol.com
*Attorney for Defendant,*
***JOSH ALLEN***