# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRACTIONAL VILLAS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOSH ALLEN, <br><br> Defendant. | CASE NO: 08-CV-0967 W (AJB) <br><br> **ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINE FOR FILING RESPONSIVE PLEADING [DOC. NO. 7]** |

Pending before the Court is the parties' joint motion for an extension of time to respond to the complaint. Having reviewed the moving papers, and good cause appearing, the Court **GRANTS** the motion (Doc. No. 7). Defendant's responsive pleading is due on or before September 2, 2008.

**IT IS SO ORDERED.**

DATED: August 13, 2008

_____
Hon. Thomas J. Whelan
United States District Judge