Gary Sirota (State Bar No. 136606)
Robert Berkowitz (State Bar No. 227888)
**COAST LAW GROUP, LLP**
169 Saxony Road, Suite 204
Encinitas, California 92024
Tel: (760) 942-8505
Fax: (760) 942-8515
Email: RBerkowitz@CoastLawGroup.com
Attorneys for Plaintiffs,
Fractional Villas, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRACTIONAL VILLAS, INC., a California corporation<br><br>    Plaintiff,<br><br>vs.<br><br>JOSH ALLEN, an individual; and DOES 1 - 25,<br><br>    Defendants. | Case No. 08 CV 0967 W AJB<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>Judge: Hon. Thomas J. Whelan<br><br>Magistrate Judge: Hon. Anthony J. Battaglia |

Plaintiff Fractional Villas, Inc., a California corporation, and Defendant Josh Allen, an individual, respectfully submit this Joint Motion to Dismiss this action.

WHEREAS, the parties to this action have fully settled and resolved all matters between them that were actually asserted in the First Amended Complaint or that could have been asserted in this case, and the parties desire that the case be dismissed with prejudice with each party bearing their own costs and attorney's fees.

---

PAGE 1 OF 2
JOINT MOTION TO DISMISS WITH PREJUDICE
CASE NO. 08 CV00967 W AJB

NOW, THEREFORE, the parties jointly move the Court to dismiss this case with prejudice, with each party to bear its own costs and attorney's fees.

Dated: August 28, 2008                                  Dated: August 28, 2008

**COAST LAW GROUP, LLP**                                **LAW OFFICE OF ROBERT ZICKERT**

s/<u>Robert Berkowitz</u>                               s/<u>Robert Zickert</u>
Robert Berkowitz                                        Robert Zickert
Attorneys for Plaintiff,                                Attorney for Defendant
FRACTIONAL VILLAS, INC.                                 JOSH ALLEN
RBerkowitz@CoastLawGroup.com                            RZickert@AOL.com