1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| FRACTIONAL VILLAS, INC., | CASE NO: 08-CV-0967 W (AJB) |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. NO. 9]** |
| v. | |
| JOSH ALLEN, | |
| Defendant. | |

Pending before the Court is the parties' joint motion to dismiss with prejudice. Having read and considered the moving papers and good cause appearing, the Court **GRANTS** the motion (Doc. No. 9). Each party shall bear their own costs and attorney's fees.

**IT IS SO ORDERED.**

DATE: September 3, 2008

HON. THOMAS J. WHELAN
United States District Court
Southern District of California